UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DONNA MARIE WILKENS, | : | CASE NO. 1:11-CV-521 |
| Plaintiff, | : | Judge Timothy S. Black |
| v. | : | Mag. Judge Stephanie K. Bowman |
| THE PROCTER & GAMBLE DISABILITY BENEFIT PLAN, | : | |
| Defendant. | : | |

### ORDER

Pursuant to S.D. Ohio Civ. R. 79.3 and for good cause shown, the Joint Motion to File Administrative Record Under Seal (Doc. 27) is hereby **GRANTED**.

Date: 8/29/12

Timothy S. Black
United States District Judge