UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DONNA MARIE WILKENS, | : | Case No. 1:11-cv-521 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| | : | |
| DISABILITY BENEFIT PLAN | : | |
| PROCTER & GAMBLE, | : | |
| | : | |
| Defendant. | : | |

## CALENDAR ORDER

The Court hereby enters the following calendar order:

| | |
|---|---|
| Expert report deadline: | **January 25, 2013** |
| Rebuttal expert report deadline: | **March 1, 2013** |
| Discovery deadline: | **March 29, 2013** |
| Date by which Defendant shall file Administrative Record: | **April 22, 2013** |
| Cross Motions for Judgment on the Record: | **April 29, 2013** |
| Responses to Cross Motions: | **May 27, 2013** |
| Replies to Cross Motions: | **June 17, 2013** |

**IT IS SO ORDERED**.

Date:   9/24/2012

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge