UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DONNA MARIE WILKENS,**     Case No. 1:11-CV-521

    Plaintiff,     **Judge Timothy S. Black**

-vs-

**PROCTOR & GAMBLE DISABILITY
BENEFIT PLAN,**

    Defendant.

---

**JUDGMENT IN A CIVIL CASE**

---

[ ]     **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]     **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Defendant's Motion for Judgment on the Administrative Record (Doc. 46) is **GRANTED**; the Plaintiff's Motion for Judgment on the Administrative Record (Doc. 47) is **DENIED**; and the case is **TERMINATED** from the docket of the Court.

Date: 8/2/2013     **JOHN P. HEHMAN, CLERK**

    By: *s/ M. Rogers*
    Deputy Clerk